■ In the Matter of JESUS VALDEZ, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [987 NYS2d 275]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.) entered February 4, 2013 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Smith, J.P., Centra, Carni, Whalen and DeJoseph, JJ.

■ In the Matter of TERRENCE LAMONT PEASE, Respondent, v AMBER MARIE GRAY, Appellant. [987 NYS2d 589]—Appeal from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered September 14, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole legal and residential custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.

■ HILDA WALTERS et al., Respondents, v CLEVELAND PLANT AND FLOWER COMPANY et al., Appellants. [987 NYS2d 277]—Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, A.J.), entered October 10, 2013 in a personal injury action. The order granted plaintiffs' motion for summary judgment on the issue of defendants' negligence.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 18, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.